Form defntc7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Steven Villalobos
1421 W Elmdale
3B
Chicago, Il 60660
SSN: xxx−xx−7561 EIN: N.A.

Case No. :   19−33408
Chapter :    7
Judge :      Deborah L. Thorne

## NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **December 9, 2019.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **None.**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

The following additional documents were also due at the time of filing and are missing or deficient:

· **Certificate of Credit Counseling.**

FOR THE COURT

Dated: November 26, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 19-33408-DLT
Steven Villalobos                                                       Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: bchavez              Page 1 of 1            Date Rcvd: Nov 26, 2019
                            Form ID: defntc7           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db              +Steven Villalobos,    1421 W Elmdale,    3B,    Chicago, Il 60660-2431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
      Miriam R Stein    mstein@chuhak.com,
       dgeorge@chuhak.com;mstein@ecf.axosfs.com;IL82@ecfcbis.com;vjefferson@chuhak.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Rusty  Payton    on behalf of Debtor 1 Steven  Villalobos rustypayton@me.com,
       payton@paytondann.com
                                                                                           TOTAL: 3